IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RODDY PIPPIN | § |
| | § |
| V. | §   CIVIL ACTION NO. G-06-316 |
| | § |
| DOUG DRETKE, ET AL. | § |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated December 4, 2006, which recommends that the request for injunctive relief of Plaintiff, Roddy Pippin, be denied. Pippin has filed objections to the Report and Recommendation.

After *de novo* review of the tape recordings of the Evidentiary Hearings before the Magistrate Judge, this Court agrees with the Magistrate Judge that there is sufficient evidence that Pippin may be contributing to his alleged medical problems which precludes the issuance of a preliminary injunction. Therefore, the objections of Pippin are **REJECTED** and the Report and Recommendation of the Magistrate Judge is **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the pretrial request of Plaintiff, Roddy Pippin, for a preliminary injunction (Instrument no. 2) is **DENIED**.

It is further **ORDERED** that this cause is **RETURNED** to the Magistrate Judge with the **INSTRUCTION** that is be given preferential consideration for final disposition.

**DONE** at Galveston, Texas, this 10th day of January, 2007.

_____
Samuel B. Kent
United States District Judge